STANLEY SWITLIK v. HARDWICKE'S NEW
JERSEY PRESERVES, INC.

June 28, 1983.

Petition for certification denied.

ANIBAL RODRIGUEZ v. EDWARD O'LONE, SUPERINTENDENT
OF LEESBURG STATE PRISON.

June 28, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. MARCUS TRAYLOR.

June 28, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. TODD KING.

June 28, 1983.

Petition for certification denied.